# HANKIN, HANDWERKER & MAZEL, PLLC

ATTORNEYS AT LAW

7 Penn Plaza, Suite 904
(370 Seventh Avenue)
New York, NY 10001
Tel 212-349-1668
Fax 212-227-7317
realestate@hhmLegal.com

**MICHAEL HANDWERKER**

Direct: (212) 349-1668 Ext. 105
Email: mhandwerker@hhmLegal.com

**MEMORANDUM ENDORSED**

The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and the Government, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

January 28, 2008

<u>Via Fascimile (212) 805-0426</u>
Honorable Justice Laura Taylor Swain
United States District Court Judge
United States District Courthouse
Southern District of New York
500 Pearl Street, Room 1920
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

Re: United States v. Sylvanie Phillips
<u>07 Cr. 942 (LTS)</u>

Dear Justice Swain,

The Defense and Prosecution respectfully request an adjournment in the above captioned matter for purposes of a likely disposition. The Defendant agree's to waive speedy trial and both parties are requesting the date of February 13th, 2008, at 2:30 PM, for the entry of said guilty plea. Thank you for your consideration in regards to this matter.

*The requested adjournment and exclusion are granted as in the interest of justice. Time is excluded from speedy trial computations from today's date through 2/13/08.*

SO ORDERED.

[signature] 1/28/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Very Truly Yours,

[signature]
Michael Handwerker, Esq.

Cc: AUSA Mark Lapnpher

Copies mailed/faxed to counsel/pro se
Chambers of Judge Swain
1/29/08