# HANKIN, HANDWERKER & MAZEL, PLLC

ATTORNEYS AT LAW

7 Penn Plaza, Suite 904
(370 Seventh Avenue)
New York, NY 10001
Tel 212-349-1668
Fax 212-202-6492

**GEOFFREY R. MAZEL**

Direct: (212) 349-1668 Ext. 104
Mobile: (917) 854-3340
Email: gmazel@hhmLegal.com



May 6th, 2008

<u>Via Facsimile Transmission</u>
Honorable Laura Taylor Swain
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: USA v. Sylvanie Phillips
~~08~~ CR 942-01(LTS)
07

Dear Judge Swain,

As Your Honor is aware, the above captioned matter is scheduled for Sentencing on May 23rd 2008 at 11 am.

When we were last before the Court on April 1st, 2008, we addressed the issue of potential third party risk to my client's employers. After hearing the arguments of counsel, as well as hearing from the defendant herself; You Honor decided not to take any action concerning this issue. At the close of the hearing, the Defendant offered to procure a writing from her employer, to better explain her position with her employer. This document, which is attached, was just recently received by Counsel and dated April 30th, 2008. This document along with this letter to the Court, is simultaneously being shared with the Government, as well as United States Probation.

The Defense is requesting that the scheduled sentencing date be adjourned approximately one month to the 23rd, of June, 2008 in the afternoon. This request is being made to allow for the inclusion of the document from the Defendants's employer, as well as giving Defense counsel additional time to prepare objections to the PSR (which now may be amended). Even if the PSR were not amended or substantially changed, due to previous trail obligations, the Defense has not had enough time to prepare for sentencing.

It is for the above reasons that is respectfully submitted that the sentencing date in this matter be adjourned. The Government by AUSA Mark Lanpher take no position.

Very Truly Yours,

Michael Handwerker, Esq.

cc: AUSA: Mark Lampher
USPO: Stephanie M. Dunne

*The sentencing is adjourned to June 23, 2008, at 4:30 pm. All sentencing issues shall be fully briefed and all submissions received by chambers, by June 16, 2008.*

SO ORDERED.

5/6/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE