LAW OFFICES
# GOLDSTEIN & HANDWERKER, LLP
280 MADISON AVENUE, SUITE 1202
NEW YORK, N.Y. 10016
TEL: (212) 679-1330
FAX: (212) 779-2469

MICHAEL HANDWERKER
STEVEN T. GOLDSTEIN*

NEW JERSEY OFFICE:
765 MOUNTAIN AVENUE, SUITE 101
SPRINGFEILD, N.J. 07081
TEL: (973) 912-0555
FAX: (973) 379-5602

*ALSO ADMITTED IN NEW JERSEY

June 23, 2008

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Sylvanie Phillips
     Docket No. 07Cr. 0942

Dear Judge Swain:

Pursuant to a telephone request with your Honor's Chambers, please accept this request to adjourn the sentence in the above captioned matter, from today to August 17th 2008. This request is being made due to my changing law firms just recently and not receiving the addendum to the Pre-Sentencing investigation report until just last week. The transition to the new firm, although a wonderful development has slowed some aspects of my practice, as is the case here. The Government does not oppose this request.

Your Honor's patience is greatly appreciated.

Respectfully submitted

Michael Handwerker, Esq.

The request is granted. The sentencing is adjourned to August 19, 2008, at 11:00AM.

Cc:  AUSA Mark Lanpher
     USPO Stephanie Dunne
     Clerk of the District Court

SO ORDERED.

6/23/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE