LAW OFFICES
**GOLDSTEIN & HANDWERKER, LLP**
280 MADISON AVENUE, SUITE 1202
NEW YORK, N.Y. 10016
TEL: (212) 679-1330
FAX: (212) 779-2469

MICHAEL HANDWERKER
STEVEN T. GOLDSTEIN*

*ALSO ADMITTED IN NEW JERSEY

NEW JERSEY OFFICE:
765 MOUNTAIN AVENUE, SUITE 101
SPRINGFIELD, N.J. 07081
TEL: (973) 912-0555
FAX: (973) 379-5602

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 5 2008

August 15, 2008

VIA FACSIMILE 212-805-0426
Honorable Laura Taylor Swain
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: USA v. Sylvanie Phillips
07 CR 942 (LTS)

Dear Judge Swain:

As you Honor is aware, the above captioned matter is scheduled for Sentencing on August 19, 2008 at 11 AM.

Due to a trial obligation in State Supreme Court in Kings County that lasted close to three weeks instead of the anticipated one week, I am not prepared with a sentencing submission on behalf of Sylvanie Phillips in the above captioned case.

The Defense is therefore requesting an adjournment of the Sentencing in the case for approximately one month until the afternoon of Thursday September 25th 2008, at a time set by the court.

I apologize for this delay but, as the court knows and understands, it is impossible to predict the length of a trial, with all of its variables. The Government, by AUSA Tim Kasulis, on behalf of AUSA Mark Lampher, does not object to this request.

Very truly yours,

Michael Handwerker, Esq.

Cc: AUSA Tim Kasulis
AUSA Mark Lampher
USPO Stephanie M. Dunne
Clerk of the District Court

*The sentencing is adjourned to September 29, 2008, at 3:30 pm.*

SO ORDERED.

8/15/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE