UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

   -v-                                                No.  07 Cr. 942 (LTS)

SYLVANIE PHILLIPS,

        Defendant.

-------------------------------------------------------x

### ORDER

Due to the observance of the Jewish holidays, the sentencing in connection with the above-captioned case is adjourned from September 29, 2008, to **October 7, 2008, at 12:30 p.m.**

SO ORDERED.

Dated: New York, New York
       August 19, 2008

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge